**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EDWINA C. ROGERS<br>6035 Ramshorn Place<br>McLean, Virginia 22101<br><br>            Plaintiff,<br>    v.<br><br>STEVEN J. WOLIN, M.D.<br>5410 Connecticut Avenue, N.W.<br>Washington, D.C. 20015<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No.: 1:12-cv-00344<br>)           (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

THE CLERK OF COURT WILL PLEASE TAKE NOTICE THAT, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Edwina Rogers hereby gives notice that the above-captioned action against Steven J. Wolin, M.D. is voluntarily dismissed <u>without prejudice</u>.

No Answer or Motion for Summary Judgment have been filed or served in this case.

July 11, 2012                    Respectfully submitted,

                                 */ CARLA D. BROWN /*

                                 Elaine Charlson Bredehoft
                                 D.C. Bar No. 441425
                                 ebredehoft@cbcblaw.com
                                 Carla D. Brown
                                 D.C. Bar No. 474097
                                 cbrown@cbcblaw.com
                                 CHARLSON BREDEHOFT COHEN
                                   BROWN & SAKATA, P.C.
                                 11260 Roger Bacon Drive, Ste. 201
                                 Reston, Virginia 20190
                                 (703) 318-6800 Telephone
                                 (703) 318-6808 Facsimile
                                 Counsel for Plaintiff, *Edwina C. Rogers*